ATTORNEY GRIEVANCE COMMISSION    *    IN THE
OF MARYLAND                    COURT OF APPEALS

                                    *    OF MARYLAND

                                    *

v.

                                    *

CHRISTOPHER BENEDICT MCKENNA     Misc. Docket AG

                                    *    No. 0028

                                      September Term, 2019

                                    *

## ORDER

UPON CONSIDERATION of the Joint Petition for Reprimand by Consent filed by

the Attorney Grievance Commission of Maryland and the Respondent, Christopher

Benedict McKenna, and the record herein, it is this 20th day of November, 2019,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court

concurring, that the Respondent, Christopher Benedict McKenna, be, and he hereby is,

reprimanded for violating Rule 8.4(b) of the Maryland Attorneys' Rules of Professional

Conduct.

                                          /s/ Mary Ellen Barbera
                                          Chief Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk